**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**LOUIS ZEMEK**                                                              **PLAINTIFF**

**v.**                                                  **CIVIL ACTION NO. 3:18-cv-707-HTW-LRA**

**MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY**                    **DEFENDANT**

### AGREED STIPULATION OF DISMISSAL

Plaintiff, Louis Zemek, submits this his Stipulation of Dismissal, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and hereby stipulates that he is dismissing his Rehabilitation Act of 1973 claim with prejudice with each party to bear their own costs and fees associated with that claim.

Respectfully submitted, this the 19th day of November 2018.

> s/Louis H. Watson, Jr.
> LOUIS H. WATSON, JR. (MSB #9053)
> NICK NORRIS (MSB #101574)
> WATSON & NORRIS, PLLC
> 1880 Lakeland Drive, Suite G
> Jackson, MS 39216
> Telephone: (601) 968-0000
> Facsimile: (601) 968-0010
> louis@watsonnorris.com
> nick@watsonnorris.com

AGREED:


s/Nick Norris (MSB #101574)
Attorney for Plaintiff


s/Louis H. Watson, Jr. (MSB #9053)
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I, Louis H. Watson, Jr., attorney for the Plaintiff, do hereby certify that I have this day served via ECF filing or by United States mail, postage prepaid, a true and correct copy of the above and foregoing document to all counsel of record.

SO CERTIFIED, this the 19th day of November 2018.

s/Louis H. Watson, Jr.
LOUIS H. WATSON, JR.